## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KENNY HALFACRE**                                                                    **PLAINTIFF**
**ADC #84410**

**V.**                          **CASE  NO. 5:13CV00167-BSM**

**RANDY WATSON,** *et al.*                                                       **DEFENDANTS**

### ORDER

The partial recommended disposition filed by Magistrate Judge Beth Deere, and the objections filed by plaintiff Kenny Halfacre, have been reviewed.  After careful consideration, as well as a *de novo* review of the record, it is concluded that the recommendation should be, and hereby is, approved and adopted in all respects in its entirety. Halfacre's motion to re-instate defendants Watson and Bolden [Doc. No. 28]  is denied.  In addition, his request that he be transferred to another ADC facility is denied.

IT IS SO ORDERED this 7th day of April 2014.

_____
UNITED STATES DISTRICT JUDGE