**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KENNY HALFACRE** **PLAINTIFF**
**ADC #84410**

**v.** **CASE NO. 5:13CV00167 BSM**

**RANDY WATSON et al.** **DEFENDANTS**

**ORDER**

The recommended disposition ("recommendation") from Magistrate Judge Beth Deere has been received. After careful review of the recommendation, the timely objections, as well as a *de novo* review of the record, it is concluded that the recommendation should be, and hereby is, approved and adopted in all respects. Accordingly, the motion for summary judgment [Doc. No. 21] is granted. Plaintiff Kenny Halfacre's claims against defendant Barry Bealer are dismissed with prejudice.

IT IS SO ORDERED this 20th day of June 2014.

UNITED STATES DISTRICT JUDGE