IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNY HALFACRE**                                                        **PLAINTIFF**
**ADC #84410**

v.                      **CASE NO. 5:13CV00167 BSM**

**RANDY WATSON et al.**                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, this case is dismissed.

IT IS SO ORDERED this 20th day of June 2014.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE